IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| Thomas Wisniewski, | : | |
| Appellant | : | |
| | : | |
| v. | : | No. 912 C.D. 2021 |
| | : | |
| James F. Frommer, Jr., D.O.; | : | |
| Andrew J. Dancha, D.O.; | : | |
| Correct Care Solutions, LLC; | : | |
| Deborah Cutshall; William Dreibelbis, | : | |
| R.N.; Paul A. Noel, M.D.; Eugene H. | : | |
| Ginchereau, M.D.; Kathy Montag; | : | |
| Jodie White; Andrea Norris, R.N.; | : | |
| Joseph J. Silva, R.N.; Christopher | : | |
| Oppman; Pennsylvania Department of | : | |
| Corrections | : | |

## *AMENDING ORDER*

NOW, this 16th day of March, 2023, it is hereby ORDERED that the Memorandum Opinion and Order filed on February 16, 2023 is hereby withdrawn and replaced with the attached Amended Memorandum Opinion and Order, amending page 2 to reflect Appellant's correct year of death.

_____

PATRICIA A. McCULLOUGH, Judge